No. 03–8633.  HARLOW *v.* BLAINE ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 03–8645.  HILL *v.* MICHIGAN ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 03–8655.  FLORES *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–8657.  HAMILTON *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 03–8658.  HEUSS *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 03–8669.  COLBERT *v.* ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–8677.  WALKER *v.* CASTRO, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–8681.  NEALY *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–8683.  CERNIGLIA *v.* DeMORALES, EXECUTIVE DIRECTOR, ATASCADERO STATE HOSPITAL, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–8685.  HISTON *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 03–8686.  HOBLEY *v.* BODDIE-NOELL ENTERPRISES, INC.  C. A. 4th Cir.  Certiorari denied.

No. 03–8688.  WILLIAMS *v.* ROWLEY, SUPERINTENDENT, NORTHEAST CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 03–8689.  WALKER *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.